**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: November 03, 2021
Docket #: 19-4338ag
Short Title: New York State Department of E v. Federal Energy Regulatory Comm

Agency #: CP18-5-000
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-001
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-002
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-003
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-000
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-001
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-002
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-003
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-000
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-001
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-002
Agency: Federal Energy Regulatory CommissionAgency #: CP18-5-003
Agency: Federal Energy Regulatory Commission

## NOTICE OF MOTION PLACED ON THE CALENDAR

Motions to dimiss and to vacate filed in the above-referenced case have been added as a submitted case to the substantive motions calendar for Tuesday, November 16, 2021.

Inquiries regarding this case may be directed to 212-857-8595.